No. 87–6741.  TROMBLEY *v.* VERMONT.  Appeal from Sup. Ct. Vt. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6812.  RICHARDSON *v.* ARNOLD ET AL.  Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1699.  ELLIOTT, INDIVIDUALLY AND AS NEXT FRIEND OF ELLIOTT, A MINOR *v.* LEWIN ET AL.  Appeal from Sup. Ct. Tex.  Motion of appellee Hillcrest Baptist Hospital for damages and double costs denied.  Motion of appellee Marcial Lewin for damages and double costs denied.  Appeal dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6613.  SWIFT *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  Appeal from Sup. Ct. Ariz. dismissed for want of properly presented federal question.

No. 86–6550.  DURNS ET AL. *v.* BUREAU OF PRISONS ET AL. C. A. D. C. Cir.  Motion of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States Dept. of Justice* v. *Julian, ante,* p. 1.  JUSTICE SCALIA took no part in the consideration or decision of this case.

No. — – ——.  JONES *v.* ALABAMA.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by the petitioner granted.